GARY M. LEVITT   4433
2210 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 224-5545
Facsimile:  (808) 239-4475
levitt@hawaii.rr.com

Attorney for Plaintiffs
Coach, Inc. and Coach Services, Inc.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation<br><br>          Plaintiffs,<br><br>Vs.<br><br>JEANS WAREHOUSE, INC., a Hawaii Corporation<br><br>          Defendants, | Civil No. CV 14-00475 SOM RLP<br><br>SUPPLEMENTAL DECLARATION OF MICHAEL MARCHAND IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE RE: MICHAEL MARCHAND, FILED ON NOVEMBER 24, 2014 |

SUPPLEMENTAL DECLARATION OF MICHAEL MARCHAND
IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE
RE: MICHAEL MARCHAND FILED ON NOVEMBER 24, 2014

I, Michael Marchand declare as follows:

I have personal knowledge of the contents of this declaration.

1.     The purpose of this Supplemental Declaration is to supplement paragraph 7 of my declaration attached to the Motion to Appear Pro Hac Vice filed on my behalf in the above captioned matter.

2.	I am requesting a waiver of the required CM/ECF training. I am a registered user of CM/ECF in the following Bankruptcy and/or District Court(s):

    Central District Court of California
    Eastern District Court of California
    Northern District Court of California
    Southern District Court of California
    Southern District Court of New York

Under penalty of perjury, I declare the foregoing to be true and correct to the best of my knowledge and belief.

Dated: Manhattan Beach, California, November 25, 2014.

                                                       MICHAEL MARCHAND