GARY M. LEVITT    4433
2210 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 224-5545
Facsimile:  (808) 239-4475
levitt@hawaii.rr.com

Attorney for Plaintiffs
Coach, Inc. and Coach Services, Inc.

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation<br><br>              Plaintiffs,<br><br>Vs.<br><br>JEANS WAREHOUSE, INC., a Hawaii Corporation<br><br>              Defendants, | Civil No. CV 14-00475 SOM RLP<br><br>SUPPLEMENTAL DECLARATION OF BRENT H. BLAKELY IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE RE: BRENT H. BLAKELY, FILED ON NOVEMBER 24, 2014 |

SUPPLEMENTAL DECLARATION OF BRENT H. BLAKELY
IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE RE:
<u>BRENT H. BLAKELY FILED ON NOVEMBER 24, 2014</u>

I, Brent H. Blakely declare as follows:

      I have personal knowledge of the contents of this declaration.

1.      The purpose of this Supplemental Declaration is to supplement paragraph 7 of my declaration attached to the Motion to Appear Pro Hac Vice filed on my behalf in the above captioned matter.

2.      I am requesting a waiver of the required CM/ECF training.  I am a registered user of CM/ECF in the following Bankruptcy and/or District Court(s):

    Central District Court of California
    Eastern District Court of California
    Northern District Court of California
    Southern District Court of California
    United States Bankruptcy Court – Central District of California
    Southern District Court of Texas
    Southern District Court of New York

Under penalty of perjury, I declare the foregoing to be true and correct to the best of my knowledge and belief.

Dated: Manhattan Beach, California, November 25, 2014.

_____
BRENT H. BLAKELY

2