Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

LOUISE K. Y. ING          2394
KRISTIN L. HOLLAND    10063
MAILE OSIKA               9826
Suite 1800
1001 Bishop Street
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:  ling@ahfi.com
         kholland@ahfi.com
         mosikda@ahfi.com

Attorneys for Defendant
J & H TRADING, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>        Plaintiffs,<br><br>   vs.<br><br>JEANS WAREHOUSE, INC., a Hawaii Corporation; J & H TRADING, INC.; and DOES 1-10, inclusive;<br><br>        Defendants. | Case No. CV 14-00475 SOM-RLP<br><br>DEFENDANT J & H TRADING, INC.'S **CORPORATE DISCLOSURE STATEMENT**; CERTIFICATE OF SERVICE<br><br><br><br><br><br><br>Trial Date:     Not Set |

## DEFENDANT J & H TRADING, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant J & H TRADING, INC., by and through its

attorneys, Alston Hunt Floyd & Ing, hereby submits its Corporate

Disclosure Statement, pursuant to Federal Rule of Civil Procedure

7.1.

There is no parent or publicly held corporation owning

10% or more of Defendant's stock.

DATED:  Honolulu, Hawai`i, March 31, 2015.

/s/ Kristin L. Holland
LOUISE K. Y. ING
KRISTIN L. HOLLAND
MAILE OSIKA

Attorneys for Defendant
J & H TRADING, INC.

-2-

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation, | Case No. CV 14-00475 SOM-RLP |
| | CERTIFICATE OF SERVICE |
| Plaintiffs, | |
| vs. | |
| JEANS WAREHOUSE, INC., a Hawaii Corporation; J & H TRADING, INC.; and DOES 1-10, inclusive; | |
| Defendants. | |
| | Trial Date:      Not Set |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the

methods of service noted below, a true and correct copy of the

foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | | |
|---|---|---|
| Gary M. Levitt | levitt@hawaii.rr.com | March 31, 2015 |
| Brent H. Blakely | bblakeley@blakelylawgroup.com | March 31, 2015 |
| Jessica Covington | jcovington@blakelylawgroup.com | March 31, 2015 |

Attorneys for Plaintiffs
COACH, INC., and COACH SERVICES, INC.

Shannon L. Wack          swack@rlhlaw.com          March 31, 2015

Attorney for Defendant
JEANS WAREHOUSE, INC.


DATED: Honolulu, Hawai`i, March 31, 2015.

/s/ Kristin L. Holland
LOUISE K. Y. ING
KRISTIN L. HOLLAND
MAILE OSIKA

Attorneys for Defendant
J & H TRADING, INC.