Of Counsel:
**ROECA LURIA HIRAOKA LLP**
A Limited Liability Law Partnership

KEITH K. HIRAOKA    3423-0
khiraoka@rlhlaw.com
SHANNON L. WACK    5377-0
swack@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii   96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

Attorneys for Defendant
JEANS WAREHOUSE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> JEANS WAREHOUSE, INC., a Hawaii Corporation; J & H TRADING, INC.; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Case No. 14-00475-SOM-RLP (Trademark) <br><br> DEFENDANT JEANS WAREHOUSE, INC.'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE <br><br> Trial Date:  None <br> Honorable Susan Oki Mollway |

4604-35/p.CorpDisclStmt.2.slw.chi.wpd

DEFENDANT JEANS WAREHOUSE, INC.'S
CORPORATE DISCLOSURE STATEMENT

Defendant JEANS WAREHOUSE, INC., by and through its counsel, Roeca Luria Hiraoka LLC, hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Jeans Warehouse Holdings, Inc. owns 100% of the stock of Jeans Warehouse, Inc.

DATED:  Honolulu, Hawaii, April 1, 2015.

/s/ Shannon L. Wack
KEITH K. HIRAOKA
SHANNON L. WACK
Attorneys for Defendant JEANS
WAREHOUSE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>                Plaintiffs,<br><br>  vs.<br><br>JEANS WAREHOUSE, INC., a Hawaii Corporation; J & H TRADING, INC.; and DOES 1-10, inclusive,<br><br>                Defendants.<br>_____ | Civil Case No. 14-00475-SOM-RLP<br>(Trademark)<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

On this date a copy of the foregoing document will be served electronically through CM/ECF upon the following:

    GARY M. LEVITT, ESQ.
    levitt@hawaii.rr.com
        and
    BRENT H. BLAKELY, ESQ.
    bblakely@blakelylawgroup.com
    MICHAEL MARCHAND, ESQ.
    mmarchand@blakelylawgroup.com
    JESSICA COVINGTON, ESQ.
    jcovington@blakelylawgroup.com
        Attorneys for Plaintiffs COACH, INC., and COACH SERVICES, INC.

LOUISE K. Y. ING, ESQ.
ling@ahfi.com
KRISTIN L. HOLLAND, ESQ.
kholland@ahfi.com
MAILE OSIKA, ESQ.
mosika@ahfi.com
    Attorneys for Defendant J & H TRADING, INC.

DATED:  Honolulu, Hawaii, April 1, 2015.

        /s/ Shannon L. Wack
        KEITH K. HIRAOKA
        SHANNON L. WACK
        Attorneys for Defendant JEANS
        WAREHOUSE, INC.