GARY M. LEVITT
841 Bishop Street, Suite 2210
Davis Pacific Center
Honolulu, Hawaii 96813-3917
Telephone: (808) 224-5545
Facsimile: (808) 239-4475
E-mail: levitt@hawaii.rr.com

Brent H. Blakely (*admitted pro hac vice*)
bblakely@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, CA 90266
Telephone: (310) 546-7400
Facsimile: (310 546-7401

Attorney for Plaintiffs
Coach, Inc. and Coach Services, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JEANS WAREHOUSE, INC., a Hawaii Corporation; J & H TRADING, INC.; and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL CASE NO. 14-00475-SOM-RLP<br><br>**PLAINTIFFS' RULE 26(f) REPORT**<br><br>Scheduling Conference<br><br>Date: June 3, 2015<br>Time: 9:30 a.m.<br>Courtroom: 6 |

## INTRODUCTION

Counsel for Plaintiffs Coach, Inc. and Coach Services, Inc. "Plaintiffs" or "Coach") respectfully submit the following Rule 26(f) Report and propose the following schedule.

The positions set forth in this report are based on Plaintiffs' current understanding of the legal and factual issues involved in this case. As discovery proceeds and the case progresses, the beliefs and views set forth herein may change or evolve.

**1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on April 7, 2015** via teleconference and was attended by:

Jessica Covington for Plaintiffs Coach, Inc. and Coach Services, Inc.

Shannon Wack for Defendant Jeans Warehouse, Inc.

Kristin Holland for Defendant J & H Trading, Inc.

**2. Pre-Discovery Disclosures.** The parties will exchange by Thursday, May 14, 2015, the information required by Fed. R. Civ. P. 26(a)(1).

**3. Discovery Plan.** Plaintiffs propose to the court the following discovery plan:

**a.** Plaintiffs anticipate discovery will be needed on the following

subjects:

**1.** Documents relating to the likelihood of confusion between Plaintiffs' and Defendants' respective products.

**2.** The extent of Defendants' sale of the accused products.

**3.** Damages (i.e. Defendants' profits from sale of infringing products, Plaintiffs' lost profits, etc.).

**4.** Whether Defendants acted willfully and/or with knowledge/intent.

**5.** Defendants' decision to use and/or development of the accused products.

**b.** All discovery commenced in time to be completed by December 22, 2015, pursuant to LR 16.3.

**c.** Maximum of 25 interrogatories by each party to any other party.

**d.** Maximum of 30 requests for admission by each party to any other party.

**e.** Maximum of 10 depositions by each party. Each deposition limited to a maximum of 7 hours unless extended by agreement of the parties.

**f.** Reports from retained experts under Rule 26(a)(2) are due from all

parties by September 28, 2015.

**g.** Supplementations under Rule 26(e) are due as additional relevant information becomes available to the parties.

**4. Other Matters.**

**a.** Plaintiffs do not request a conference with the court before entry of the Scheduling Order.

**b.** The parties request a pretrial conference in December 2015.

**c.** All parties should be allowed until July 10, 2015 to join additional parties and amend pleadings.

**d.** All potentially dispositive motions should be filed by November 17, 2015.

**e.** Settlement is likely. The parties have discussed alternative dispute resolution options, including, without limitation, the option of participation in the court's mediation program. Plaintiffs are prepared to consider this matter further and discuss options at the Scheduling Conference.

**f.** Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from all parties by December 22, 2015.

**g.** Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

**h.** The case should be ready for trial by January 26, 2016 and at this time is expected to take approximately 3-4 days.

DATED: April 21, 2015

BLAKELY LAW GROUP

By: /s/ Brent H. Blakely
Brent H. Blakely *(pro hac vice)*
***Attorney for Plaintiffs Coach, Inc. and Coach Services, Inc.***