Of Counsel:
**ROECA LURIA HIRAOKA LLP**
A Limited Liability Law Partnership

KEITH K. HIRAOKA    3423-0
khiraoka@rlhlaw.com
SHANNON L. WACK    5377-0
swack@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813-3917
Telephone:  (808) 538-7500
Facsimile:  (808) 521-9648

Attorneys for Defendant
JEANS WAREHOUSE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>JEANS WAREHOUSE, INC., a Hawaii Corporation; J & H TRADING, INC.; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 14-00475-SOM-RLP<br>(Trademark)<br><br>DEFENDANT JEANS WAREHOUSE, INC.'S RULE 26 INITIAL DISCLOSURES; CERTIFICATE OF SERVICE<br><br><br><br><br><br>Trial Date:  None<br>Honorable Susan Oki Mollway |

4604-35/p.Initial Disclosure.slw.dkk.wpd

## DEFENDANT JEANS WAREHOUSE, INC.'S
## RULE 26 INITIAL DISCLOSURES

Defendant Jeans Warehouse, Inc. (hereinafter "Defendant Jeans Warehouse"), submits its initial disclosures pursuant to LR 26.1.

**A.   Witnesses**

1.   **Phyllis Fujiwara**
     Jeans Warehouse, Inc.
     c/o Shannon Wack, Esq.
     Roeca Luria & Hiraoka LLP
     841 Bishop Street, Suite 900
     Honolulu, HI 96813

     This witness is expected to testify concerning the issues of liability, damages and/or other relevant matters.

**B.   Documents**

Defendant Jeans Warehouse will make available to other parties for inspection and copying, as under Fed.R.Civ.P. 34, all non-privileged documents, data compilations and tangible things in Defendant's possession, custody or control that may be used by Defendant (other than solely for impeachment purposes) to support its contentions with respect to any significant factual issue in the case.

Pursuant to Fed.R.Civ.P. 26(b)(5)(A) documents made available for inspection will exclude any and all privileged communications (including

attorney-client and/or work product) and/or trial preparation or experts' trial preparation materials.

**C. Damages**

Defendant Jeans Warehouse has not made a claim for damages in this case and disputes Plaintiffs' claims of damages against Defendant Jeans Warehouse.

**D. Insurance**

Defendant's liability insurer is Fireman's Fund Insurance Company, a Division of Allianz.

DATED: Honolulu, Hawaii, __APR 2 1 2015__.

_____
KEITH K. HIRAOKA
SHANNON L. WACK
Attorneys for Defendant JEANS WAREHOUSE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>JEANS WAREHOUSE, INC., a Hawaii Corporation; J & H TRADING, INC.; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Civil Case No. 14-00475-SOM-RLP (Trademark)<br><br>CERTIFICATE OF SERVICE |

<u>CERTIFICATE OF SERVICE</u>

On this date a copy of the foregoing document will be served electronically through CM/ECF upon the following:

　　GARY M. LEVITT, ESQ.
　　<u>levitt@hawaii.rr.com</u>
　　　　and
　　BRENT H. BLAKELY, ESQ.
　　<u>bblakely@blakelylawgroup.com</u>
　　JESSICA COVINGTON, ESQ.
　　<u>jcovington@blakelylawgroup.com</u>
　　　　Attorneys for Plaintiffs COACH, INC., and COACH SERVICES, INC.

LOUISE K. Y. ING, ESQ.
ling@ahfi.com
KRISTIN L. HOLLAND, ESQ.
kholland@ahfi.com
MAILE OSIKA, ESQ.
mosika@ahfi.com
    Attorneys for Defendant J & H TRADING, INC.

DATED:  Honolulu, Hawaii, _____APR 2 1 2015_____.

_____
KEITH K. HIRAOKA
SHANNON L. WACK
Attorneys for Defendant JEANS
WAREHOUSE, INC.