Of Counsel:
**ROECA LURIA HIRAOKA LLP**
A Limited Liability Law Partnership

KEITH K. HIRAOKA         3423-0
khiraoka@rlhlaw.com
SHANNON L. WACK    5377-0
swack@rlhlaw.com
900 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii   96813-3917
Telephone: (808) 538-7500
Facsimile: (808) 521-9648

Attorneys for Defendant
JEANS WAREHOUSE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>            Plaintiffs,<br><br>vs.<br><br>JEANS WAREHOUSE, INC., a Hawaii Corporation; J & H TRADING, INC.; and DOES 1-10, inclusive,<br><br>            Defendants. | Civil Case No. 14-00475-SOM-RLP (Trademark)<br><br>DEFENDANT JEANS WAREHOUSE, INC.'S RULE 26 *FIRST AMENDED* INITIAL DISCLOSURES; CERTIFICATE OF SERVICE<br><br><br><br>Trial Date: None<br>Honorable Susan Oki Mollway |

4604-35/p.Initial Disclosure.1stAmd.slw.dkk.wpd

DEFENDANT JEANS WAREHOUSE, INC.'S
RULE 26 *FIRST AMENDED* INITIAL DISCLOSURES

Defendant Jeans Warehouse, Inc. (hereinafter "Defendant Jeans Warehouse"), submits its *first amended* initial disclosures pursuant to LR 26.1.

A. **Witnesses**

1. Phyllis Fujiwara
   Jeans Warehouse, Inc.
   c/o Shannon Wack, Esq.
   Roeca Luria & Hiraoka LLP
   841 Bishop Street, Suite 900
   Honolulu, HI 96813

   This witness is expected to testify concerning the issues of liability, damages and/or other relevant matters.

2. **Elena Rodriguez**
   2987 S Alameda St
   Vernon, CA 90058

   This witness is expected to testify concerning the issues of liability, damages and/or other relevant matters.

3. **Jessica Bortel**
   2612 Waiwai Loop
   Honolulu, HI 96819

   This witness is expected to testify concerning the issues of liability, damages and/or other relevant matters.

### B. Documents

Defendant Jeans Warehouse will make available to other parties for inspection and copying, as under Fed.R.Civ.P. 34, all non-privileged documents, data compilations and tangible things in Defendant's possession, custody or control that may be used by Defendant (other than solely for impeachment purposes) to support its contentions with respect to any significant factual issue in the case.

Pursuant to Fed.R.Civ.P. 26(b)(5)(A) documents made available for inspection will exclude any and all privileged communications (including attorney-client and/or work product) and/or trial preparation or experts' trial preparation materials.

### C. Damages

Defendant Jeans Warehouse has not made a claim for damages in this case and disputes Plaintiffs' claims of damages against Defendant Jeans Warehouse.

**D.    Insurance**

Defendant's liability insurer is Fireman's Fund Insurance Company, a Division of Allianz.

DATED:  Honolulu, Hawaii, <u>April 23, 2015</u>.

                                            /s/ Shannon Wack
                                            KEITH K. HIRAOKA
                                            SHANNON L. WACK
                                            Attorneys for Defendant JEANS WAREHOUSE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>JEANS WAREHOUSE, INC., a Hawaii Corporation; J & H TRADING, INC.; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Civil Case No. 14-00475-SOM-RLP<br>(Trademark)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

On this date a copy of the foregoing document will be served electronically through CM/ECF upon the following:

GARY M. LEVITT, ESQ.
levitt@hawaii.rr.com
　　　and
BRENT H. BLAKELY, ESQ.
bblakely@blakelylawgroup.com
JESSICA COVINGTON, ESQ.
jcovington@blakelylawgroup.com
　　　Attorneys for Plaintiffs COACH, INC., and COACH SERVICES, INC.

LOUISE K. Y. ING, ESQ.
ling@ahfi.com
KRISTIN L. HOLLAND, ESQ.
kholland@ahfi.com
MAILE OSIKA, ESQ.
mosika@ahfi.com
    Attorneys for Defendant J & H TRADING, INC.

DATED: Honolulu, Hawaii, April 23, 2015.

        /s/ Shannon Wack
        KEITH K. HIRAOKA
        SHANNON L. WACK
        Attorneys for Defendant JEANS
        WAREHOUSE, INC.