Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

| | |
|---|---|
| LOUISE K. Y. ING | 2394 |
| KRISTIN L. HOLLAND | 10063 |
| MAILE OSIKA | 9826 |

Suite 1800
1001 Bishop Street
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591
E-mail:  ling@ahfi.com
             kholland@ahfi.com
             mosikda@ahfi.com

Attorneys for Defendant/
Crossclaim Defendant
J & H TRADING, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JEANS WAREHOUSE, INC., a Hawaii Corporation; J & H TRADING, INC.; and DOES 1-10, inclusive;<br><br>Defendants. | Case No. CV 14-00475 SOM-RLP<br><br>DEFENDANT/CROSSCLAIM DEFENDANT J & H TRADING, INC.'S **ANSWER TO DEFENDANT JEANS WAREHOUSE, INC.'S 03/19/2015 CROSSCLAIM AGAINST DEFENDANT J & H TRADING, INC. [DKT 21];** CERTIFICATE OF SERVICE<br><br>Trial Date:     Not Set |

933367v1/11936-1

**DEFENDANT/CROSSCLAIM DEFENDANT J & H TRADING, INC.'S ANSWER TO DEFENDANT JEANS WAREHOUSE, INC.'S 03/19/2015 CROSSCLAIM AGAINST DEFENDANT J & H TRADING, INC. [DKT 21]**

Defendant J & H TRADING, INC. ("J & H"), by and through its attorneys, Alston Hunt Floyd & Ing, answers Defendant JEANS WAREHOUSE, INC.'S ("JWI") Crossclaim Against Defendant J & H Trading, Inc. ("Crossclaim"), filed on March 19, 2015 [Dkt 21], as follows:

**FIRST DEFENSE**

1. The Crossclaim fails to state a claim against J & H upon which relief may be granted.

**SECOND DEFENSE**

2. Answering paragraphs 1, 10, 11 and 12 of the Crossclaim, J & H denies the allegations contained in said paragraphs.

3. J & H admits the allegations of Paragraph 9 of the Crossclaim.

4. Any allegation not specifically admitted above is denied.

-2-

-3-

## THIRD DEFENSE

5. This Court lacks jurisdiction over J & H which does (or did at relevant times) business in California and has no physical presence in Hawai`i; further the sales at issue here are de minimus.

## FOURTH DEFENSE

6. JWI assumed the risk of selling any goods purchased from J & H.

## FIFTH DEFENSE

7. JWI's claim for indemnity is barred because JWI did not have a contract or agreement for indemnity with J & H.

## SIXTH DEFENSE

8. JWI's claim for indemnity is not ripe, as there is no judgment against JWI at this time and both JWI and J & H dispute any liability to Plaintiffs.

## SEVENTH DEFENSE

9. J & H did not cause the damages complained of by Plaintiffs, such that neither Plaintiffs nor JWI are entitled to recovery from or indemnification by J & H.

## EIGHTH DEFENSE

10. J & H incorporates its affirmative defenses to Plaintiffs' First Amended Complaint herein by reference and asserts them as a complete bar and defense to liability to Plaintiffs and to any claim for indemnity by JWI.

## NINETH DEFENSE

11. J & H asserts the affirmative defense of failure to mitigate damages.

## TENTH DEFENSE

12. J & H asserts that JWI's claim for indemnity is barred by the doctrine of laches.

## ELEVENTH DEFENSE

13. J & H is not responsible for the damages asserted by Plaintiffs, or the indemnity demanded by JWI, because the damages were caused by a third party or parties, the acts or omissions of which J & H is not responsible.

## TWELFTH DEFENSE

14. J & H asserts that it acted in good faith and as a bona fide purchaser of the allegedly infringing goods, without fraud, malice or any intent to damage or harm Plaintiffs or JWI.

## THIRTEENTH DEFENSE

15. J & H asserts that it made no representations to JWI regarding the goods, and that JWI is not entitled to rely on any representations, warranties or statements by J & H because JWI purchased the goods "as is" without any right to seek recourse from J & H for claims such as those made by Plaintiffs.

## FOURTEENTH DEFENSE

16. J & H reserves the right to assert additional affirmative defenses that may be revealed through investigation or discovery.

WHEREFORE, Defendant/Crossclaim Defendant J & H prays that:

a. The Crossclaim against Defendant J & H be dismissed, and Defendant/Crossclaim Plaintiff JEANS WAREHOUSE, INC., take nothing from J & H by way of its Crossclaim;

b. Defendant J & H be awarded its costs herein, including reasonable attorneys' fees; and

  c. Defendant J & H be granted such other and further relief as this Court may deem just and proper.

  DATED: Honolulu, Hawai`i, May 15, 2015.

          /s/ Kristin L. Holland
          LOUISE K. Y. ING
          KRISTIN L. HOLLAND
          MAILE OSIKA

          Attorneys for Defendant/
          Crossclaim Defendant
          J & H TRADING, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JEANS WAREHOUSE, INC., a Hawaii Corporation; J & H TRADING, INC.; and DOES 1-10, inclusive;<br><br>Defendants. | Case No. CV 14-00475 SOM-RLP<br><br>CERTIFICATE OF SERVICE<br><br><br><br><br><br><br><br><br><br>Trial Date:     Not Set |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Gary M. Levitt         levitt@hawaii.rr.com                              May 15, 2015
Brent H. Blakely       bblakeley@blakelylawgroup.com      May 15, 2015
Jessica Covington   jcovington@blakelylawgroup.com   May 15, 2015

Attorneys for Plaintiffs
COACH, INC., and COACH SERVICES, INC.

933367v1/11936-1

-2-

| | | |
|---|---|---|
| Keith K. Hiraoka | khiraoka@rlhlaw.com | May 15, 2015 |
| Shannon L. Wack | swack@rlhlaw.com | May 15, 2015 |

Attorney for Defendant
JEANS WAREHOUSE, INC.

DATED: Honolulu, Hawai`i, May 15, 2015.

/s/ Kristin L. Holland
LOUISE K. Y. ING
KRISTIN L. HOLLAND
MAILE OSIKA

Attorneys for Defendant/
Crossclaim Defendant
J & H TRADING, INC.