# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 14-00475SOM-RLP |
| CASE NAME: | Coach, Inc., a Maryland Corporation; Coach Services, Inc., a Maryland Corporation v. Jeans Warehouse, Inc. |
| ATTYS FOR PLA: | Gary M. Levitt, Esq.<br>Brent H. Blakely, Esq.<br>Marc Makalii (Coach, Inc.) |
| ATTYS FOR DEFT: | Shannon L. Wack, Esq.<br>Kristin L. Holland, Esq.<br>Maile Osika, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Richard L. Puglisi | REPORTER: | In chambers - not reported |
| DATE: | August 18, 2015 | TIME: | 2:00 p.m. - 4:00 p.m. |

COURT ACTION:  EP          SETTLEMENT CONFERENCE

Settlement Conference held.

Case did not settle.

Submitted by: Mary Feria, Courtroom Manager